1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Acting Chief, Criminal Division
4
   JEFFREY R. FINIGAN (CSBN 168285)
5  Assistant United States Attorney

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

FILED
JUL 02 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3 07 70386 BZ |
| Plaintiff, ) | UNITED STATES' MOTION TO UNSEAL COMPLAINT [PROPOSED] ORDER |
| v. ) | |
| DEBRA EDISON, ) | |
| Defendant. ) | |

The government hereby moves the Court for an order unsealing the Affidavit, Complaint and Arrest Warrant in this matter because the defendant was arrested by state authorities on an

///
///
///

1

1 | unrelated matter on June 29, 2007, and is now aware of this matter.

3 | DATED: July 2, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

JEFFREY R. FINIGAN
Assistant United States Attorney

## ORDER

Based upon the motion of the government, IT IS HEREBY ORDERED that the Affidavit, Complaint and Arrest Warrant shall be unsealed

DATED: 7-2-07

JAMES LARSON
United States Magistrate Judge

2