SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DEBRA EDISON, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. CR 3 07 70386 BZ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME** |

The above-captioned matter came before the Court on July 6, 2007, for detention hearing and setting of preliminary hearing. The defendant was represented by Shawn Halbert, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for July 23, 2007, at 9:30 a.m. for preliminary hearing or indictment.

The Court made a finding on the record of good cause and the defendant consented to extending the time within which she must be indicted pursuant to Federal Rule of Criminal Procedure 5.1(d).

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3 07 70386 BZ

1  The parties hereby agree to and request that the case be continued until July 23,
2  2007, and that the time limits of Rule 5.1(c) be extended until then.

3

4

5  DATED:   July 6, 2007                  /s/
                                          SHAWN HALBERT
6                                         Counsel for Debra Edison

7

8
   DATED:   July 6, 2007                  /s/
9                                         JEFFREY R. FINIGAN
                                          Assistant U.S. Attorney
10

11 So ordered.

12 DATED:
                                          _____
                                          JAMES LARSON
13                                        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3 07 70386 BZ                              2