1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Acting Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 3 07 70386 BZ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| DEBRA EDISON, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on July 6, 2007, for detention hearing and setting of preliminary hearing. The defendant was represented by Shawn Halbert, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for July 23, 2007, at 9:30 a.m. for preliminary hearing or indictment.

The Court made a finding on the record of good cause and the defendant consented to extending the time within which she must be indicted pursuant to Federal Rule of Criminal Procedure 5.1(d).

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3 07 70386 BZ

1  The parties hereby agree to and request that the case be continued until July 23,
2  2007, and that the time limits of Rule 5.1(c) be extended until then.

5  DATED:   July 6, 2007                    /s/
                                            SHAWN HALBERT
6                                           Counsel for Debra Edison

8  DATED:   July 6, 2007                    /s/
9                                           JEFFREY R. FINIGAN
                                            Assistant U.S. Attorney

11 So ordered.
12 DATED:   7/9/07
13                                          JAMES
                                            UNITED STATES MAGISTRATE JUDGE



STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3 07 70386 BZ                            2