UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff(s),                        No.3- 07-70386 (JL)

  v.                                 NOTICE AND ORDER
                                       SETTING HEARING

DEBRA EDISON

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The above entitled case has been set for bail status hearing on July 23, 2007, at 9:30 a.m., in Courtroom F, 15th Floor, before Chief Magistrate Judge James Larson.

Dated: July 17, 2007

                                                   /s/ Wings Hom

                                              Wings Hom, Courtroom Deputy