AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

18 U.S.C. Section 1519 - Obstruction of Justice

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years prison; 3 years supervised release, $250,000 fine, and $100 mandatory special assessment

CR 07 0479 JSW

### DEFENDANT - U.S.
▶ Debra Edison

DISTRICT COURT NUMBER

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.
3 07 70386 BZ

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Jeffrey R. Finigan

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED
07 JUL 24 AM 10: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0479 JSW

| UNITED STATES OF AMERICA, | CR NO. |
|---|---|
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 1519 – Obstruction of Justice |
| v. | |
| | SAN FRANCISCO VENUE |
| DEBRA EDISON, | |
|    a/k/a   Debra Legum-Edison | |
|    a/k/a   Debra Sue Legum-Edison | |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 1519 – Obstruction of Justice)

Between in or about April 2007 and June 2007, in the Northern District of California, and elsewhere, the defendant,

DEBRA LEGUM-EDISON,

did knowingly alter and falsify documents with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and

INFORMATION

1 | agency of the United States, namely, court proceedings in <u>United States v. Michael Edison</u>, CR
2 | 07-0074 WHA, in violation of Title 18, United States Code, Section 1519.
3 |
4 | DATED: July 17, 2007          SCOTT N. SCHOOLS
                                    United States Attorney
5 |
6 |
7 |                                W. DOUGLAS SPRAGUE
                                    Acting Chief, Criminal Division
8 |
9 |
10 | (Approved as to form: _____)
11 |                        AUSA Finigan

INFORMATION                                  2