AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF __CAL N__

FILED
2007 AUG -1 PM 1:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES OF AMERICA

V.

DEBRA EDISON

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-0479 WHA

I, __Debra Edison__, the above named defendant, who is accused of

__of violating 18 USC 1519__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Aug 1 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_Debra Edison_
Defendant

_SH_
Counsel for Defendant

Before _[signature]_
Judicial Officer