1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Acting Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue
   San Francisco, California  94102

7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234

8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14

15  UNITED STATES OF AMERICA,        )   Criminal No. CR 07-0479 WHA
                                     )
16        Plaintiff,                 )
                                     )
                                     )   **STIPULATION AND [PROPOSED]**
17     v.                            )   **ORDER EXCLUDING TIME &**
                                     )   **CONTINUING HEARING**
18                                   )
    DEBRA EDISON,                    )
19                                   )
          Defendant.                 )
20  _____ )

21

22        The above-captioned matter came before the Court on August 1, 2007, for arraignment on

23  the information.  The defendant was represented by Shawn Halbert, Esq., and the government

24  was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was set for

25  initial appearance in district court on August 16, 2007, at 3:30 p.m. before the Hon. William H.

26  Alsup, United States District Court Judge.

27        The Court made a finding that the time from and including August 1, 2007, through and

28  including August 16, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C.

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA

1    § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

2    interest of the public and the defendant in a speedy trial.  The finding was based on the need for

3    the defendant to have reasonable time necessary for effective preparation, taking into account the

4    exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.

5    § 3161(h)(8)(B)(iv).

6        The parties hereby agree to and request that the case be continued until August 16, 2007,

7    and that the exclusion of time until then be granted.  The parties agree and stipulate that the

8    additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),

9    because the ends of justice served by this continuance outweigh the best interest of the public and

10    the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively

11    prepare, taking into account the exercise of due diligence, and will provide for continuity of

12    counsel for the defendant.

13

14

15    DATED:       August 2, 2007                              /s/
                                                    SHAWN HALBERT
16                                                    Counsel for Debra Edison

17

18    DATED:       August 2, 2007                              /s/
19                                                    JEFFREY R. FINIGAN
                                                    Assistant U.S. Attorney
20

21    So ordered.

22    DATED:

23                                                    JAMES LARSON
                                                    Judge James Larson
                                                    UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA                          2