SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DEBRA EDISON, <br> Defendant. | Criminal No. CR 07-0479 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME & CONTINUING HEARING** |

  The above-captioned matter came before the Court on August 1, 2007, for arraignment on the information.  The defendant was represented by Shawn Halbert, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was set for initial appearance in district court on August 16, 2007, at 3:30 p.m. before the Hon. William H. Alsup, United States District Court Judge.

  The Court made a finding that the time from and including August 1, 2007, through and including August 16, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C.

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA

1  § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best
2  interest of the public and the defendant in a speedy trial. The finding was based on the need for
3  the defendant to have reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
5  § 3161(h)(8)(B)(iv).

6      The parties hereby agree to and request that the case be continued until August 16, 2007,
7  and that the exclusion of time until then be granted. The parties agree and stipulate that the
8  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
9  because the ends of justice served by this continuance outweigh the best interest of the public and
10 the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively
11 prepare, taking into account the exercise of due diligence, and will provide for continuity of
12 counsel for the defendant.

15 DATED:    August 2, 2007            /s/
                                       SHAWN HALBERT
16                                     Counsel for Debra Edison

18 DATED:    August 2, 2007            /s/
19                                     JEFFREY R. FINIGAN
                                       Assistant U.S. Attorney

21 So ordered.

22 DATED:

         IT IS SO ORDERED
         [signature]
         Judge James Larson
         JAMES LARSON
         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA                         2