IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL EDISON,<br><br>    Defendant.<br>_____/ | No. CR 07-00074 WHA<br><br><br>**CLERK'S NOTICE<br>RESCHEDULING HEARING** |
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEBRA EDISON,<br><br>    Defendant.<br>_____/ | No. CR 07-00479 WHA |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Status Conference/Trial Setting previously set for August 16, 2007 at 3:30 p.m. has been rescheduled for **August 15, 2007 at 2:30 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 13, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Dawn Toland
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup