UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 15, 2007

Case No.: CR 07-0074 WHA
CR 07-0479 WHA

Title: UNITED STATES -v- MICHAEL EDISON (custody)
DEBRA EDISON (present)

Appearances:

    For the Government: Jeff Finigan

    For the Defendant(s): Roger Patton; Michael Thorman (ME)
    Shawn Halbert (DE)

Interpreter: n/a     Probation Officer: n/a

Deputy Clerk: Dawn Toland     Court Reporter: Kathy Powell

**PROCEEDINGS**

1) Status/Trial Setting - HELD

2) 

Case continued to **8/28/07 at 2:00 pm** for Motion Setting

Case continued to **11/14/07 at 2:00 pm** for Pretrial Conference

Case continued to **11/26/07 at 7:30 am** for Jury Trial

**ORDERED AFTER HEARING:**

New co-counsel has come in for defendant Michael Edison. If, the case goes to trial, attorney Michael Thorman will withdraw.

Time is excluded from today until 8/28/07.