SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0479 WHA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME & CONTINUING HEARING** |
| | ) | |
| DEBRA EDISON, | ) | |
| Defendant. | ) | |

    The above-captioned matter came before the Court on August 15, 2007.  The defendant was represented by Shawn Halbert, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was set for August 28, 2007, at 2:00 p.m. before the Hon. William H. Alsup, United States District Court Judge for status and setting of motions.

    The Court made a finding that the time from and including August 15, 2007, through and including August 28, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA

interest of the public and the defendant in a speedy trial.  The finding was based on the need for

the defendant to have reasonable time necessary for effective preparation, taking into account the

exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.

§ 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until August 28, 2007,

and that the exclusion of time until then be granted.  The parties agree and stipulate that the

additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),

because the ends of justice served by this continuance outweigh the best interest of the public and

the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively

prepare, taking into account the exercise of due diligence, and will provide for continuity of

counsel for the defendant.


DATED:      August 21, 2007         _____/s/_____
                                    SHAWN HALBERT
                                    Counsel for Debra Edison


DATED:      August 15, 2007         _____/s/_____
                                    JEFFREY R. FINIGAN
                                    Assistant U.S. Attorney

So ordered.

DATED:                              _____
                                    WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT COURT JUDGE