UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 28, 2007

Case No.:  CR 07-00074 WHA
           CR 07-00479 WHA

Title:  UNITED STATES -v- MICHAEL EDISON (custody)
                         DEBRA EDISON (present)

Appearances:
    For the Government:  Pete Axelrod for Jeff Finigan

    For the Defendant(s): Roger Patton (ME)
                          Shawn Halbert (DE)

Interpreter: n/a                    Probation Officer: n/a

Deputy Clerk: Dawn Toland            Court Reporter: Catherine Edwards

**PROCEEDINGS**

1)   Status - HELD

2)   _____


Case continued to **9/25/07 at 2:00pm** for Trial Setting/Status


**ORDERED AFTER HEARING:**

Parties don't think the November trial date will work. Defendant is requesting it be moved to February.

Time is excluded to 9/25/07.