**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

October 12, 2007

Honorable William H. Alsup
United States District Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94104

      Re:    <u>United States v. Debra Edison</u>
              CR No. 07-0479 WHA

Your Honor:

      I am writing to request that defendants Debra Edison and Michael Edison be permitted to meet in the federal building for one hour either before or after their court appearance before Your Honor on Tuesday, October 16, 2007 at 2:00 p.m., with their attorneys present, so that we can have discussions relating to the plea negotiations in this case. Michael Edison is in U.S. Marshal custody at Dublin, and Debra Edison is currently residing at Cornell Corrections.

      Defense counsel believe that this case is very close to resolving, but that a meeting between the defendants and their attorneys is necessary before the final plea agreements can be reached. If at all possible, we would like to meet in a courtroom or in a room on the 20th floor, but not in the "lock-up" on the 20th floor. Judge Larson previously issued a non-contested "no contact" order in this case, but in light of the current status of the case and the defense's explanation for the purpose of this meeting, AUSA Jeffrey Finigan does object to the meeting.

      Finally, the parties anticipate that if the meeting proceeds as expected, both Mr. and Mrs. Edison would be prepared to enter guilty pleas pursuant to plea agreements with the government at the next court appearance, as soon as October 23, 2007 if that is convenient to the Court. Thank you for your consideration.

                              Very truly yours,

                              BARRY J. PORTMAN
                              Federal Public Defender

                              /S/
                              SHAWN HALBERT
                              Assistant Federal Public Defender

cc:    AUSA Jeffrey Finigan
        U.S. Marshal
        Roger Patton, Esq.