SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0479 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME &** |
| | ) | **CONTINUING HEARING** |
| DEBRA EDISON, | ) | |
| Defendant. | ) | |

    The above-captioned matter came before the Court on October 16, 2007.  The defendant was represented by Shawn Halbert, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was set before this Court for jury trial on February 4, 2008, at 7:30 a.m.

    The Court made a finding that the time from and including October 16, 2007, through and including February 4, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA

interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until February 4, 2008, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:     October 16, 2007                    /s/
                                              SHAWN HALBERT
                                              Counsel for Debra Edison


DATED:     October 16, 2007                    /s/
                                              JEFFREY R. FINIGAN
                                              Assistant U.S. Attorney

So ordered.

DATED:                                        _____
                                              WILLIAM H. ALSUP
                                              UNITED STATES DISTRICT COURT JUDGE