1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14
15 UNITED STATES OF AMERICA,            )  Criminal No. CR 07-0479 WHA
                                        )
16        Plaintiff,                    )
                                        )  **STIPULATION AND [PROPOSED]**
17    v.                                )  **ORDER EXCLUDING TIME &**
                                        )  **CONTINUING HEARING**
18                                      )
   DEBRA EDISON,                        )
19                                      )
          Defendant.                    )
20 _____)

21

22     The above-captioned matter came before the Court on October 16, 2007. The defendant

23 was represented by Shawn Halbert, Esq., and the government was represented by Jeffrey Finigan,

24 Assistant United States Attorney. The matter was set before this Court for jury trial on February

25 4, 2008, at 7:30 a.m.

26     The Court made a finding that the time from and including October 16, 2007, through and

27 including February 4, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C.

28 § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA

1  interest of the public and the defendant in a speedy trial. The finding was based on the need for
2  the defendant to have reasonable time necessary for effective preparation, taking into account the
3  exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
4  § 3161(h)(8)(B)(iv).

5   The parties hereby agree to and request that the case be continued until February 4, 2008,
6  and that the exclusion of time until then be granted. The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively
10 prepare, taking into account the exercise of due diligence, and will provide for continuity of
11 counsel for the defendant.

14 DATED:   October 16, 2007          /s/
                                       SHAWN HALBERT
15                                     Counsel for Debra Edison

18 DATED:   October 16, 2007          /s/
                                       JEFFREY R. FINIGAN
                                       Assistant U.S. Attorney

20 So ordered.

21 DATED:  October 18, 2007.

   IT IS SO ORDERED
   Judge William Alsup

                                       WILLIAM H. ALSUP
                                       UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA                    2