UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 16, 2007

Case No.:  CR 07-0074 WHA
            CR 07-0479 WHA

Title:  UNITED STATES -v- MICHAEL EDISON (custody)
                         DEBRA EDISON (present)

Appearances:
    For the Government:  Jeffrey Finigan

    For the Defendant(s): John Patton (ME)
                          Shawn Halbert (DE)

Deputy Clerk:  Dawn Toland        Court Reporter:  Juanita Gonzalez

**PROCEEDINGS**

1)  Status - HELD

2)  _____

Case continued to **10/23/07 at 2:00 pm** for Status

Case continued to **1/28/08 at 2:00 pm** for Pretrial Conference

Case continued to **2/4/08 at 7:30 am** for Jury Trial

Time Excluded:  **Begins:  10/16/07        Ends:    2/4/08**

**ORDERED AFTER HEARING:**

Court gives permission for the parties to meet at the US Marshal Service on the 20th floor tomorrow.

The trial is continued to 2/4/08.  The trial date of 11/26/07 is vacated.