1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )
                                            )    Nos.:  CR 07-00479 WHA
12                   Plaintiff,             )           CR 07-00074 WHA
                                            )
13        v.                                )    **[PROPOSED] ORDER**
                                            )
14                                          )
     DEBRA EDISON AND MICHAEL EDISON,       )
15                                          )
                     Defendants.            )
16   _____)

17        For GOOD CAUSE SHOWN, it is hereby ORDERED that Debra Edison, defendant in

18   Case No. CR 07-00479 WHA, shall be permitted to accompany her attorney, Assistant Federal

19   Public Defender Shawn Halbert, and defendant Michael Edison's attorney, Roger Patton, Case

20   No. CR 07-00074 WHA, in contact visits at the Santa Rita Jail with Michael Edison.

21

22   Dated: _____    _____
                                        THE HONORABLE WILLIAM H. ALSUP
23                                      UNITED STATES DISTRICT JUDGE

24

25

26

1