UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBRA EDISON AND MICHAEL EDISON,<br><br>　　　　Defendants. | Nos.:   CR 07-00479 WHA<br>　　　　CR 07-00074 WHA<br><br>[PROPOSED] ORDER |

　　For GOOD CAUSE SHOWN, it is hereby ORDERED that Debra Edison, defendant in Case No. CR 07-00479 WHA, shall be permitted to accompany her attorney, Assistant Federal Public Defender Shawn Halbert, and defendant Michael Edison's attorney, Roger Patton, Case No. CR 07-00074 WHA, in contact visits at the Santa Rita Jail with Michael Edison.

Dated:   October 24, 2007

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1