1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Nos.: CR 07-00479 WHA<br>CR 07-00074 WHA |
| v. | ) ) | **[PROPOSED] ORDER** |
| DEBRA EDISON AND MICHAEL EDISON, | ) ) ) | |
| Defendants. | ) ) | |

For GOOD CAUSE SHOWN, it is hereby ORDERED that Debra Edison, defendant in Case No. CR 07-00479 WHA, shall be permitted to accompany her attorney, Assistant Federal Public Defender Shawn Halbert, and defendant Michael Edison's attorney, Roger Patton, Case No. CR 07-00074 WHA, in contact visits at the Federal Detention Center at Dublin, California, with Michael Edison.

Dated: _____

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

1