**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 23, 2007

Case No.:  CR 07-0074 WHA
　　　　　 CR 07-0479 WHA

Title:  UNITED STATES -v- MICHAEL EDISON (custody)
　　　　　　　　　　　　　DEBRA EDISON (present)

Appearances:
　　　For the Government:  Jeffrey Finigan

　　　For the Defendant(s):  John Patton (ME)
　　　　　　　　　　　　　　 Shawn Halbert (DE)

Deputy Clerk:  Dawn Toland　　　　　Court Reporter:  Juanita Gonzalez

**PROCEEDINGS**

1)  Status - HELD

2)  

Case continued to **11/5/07 at 2:00 pm** for Change of Plea

Case continued to **1/28/08 at 2:00 pm** for Pretrial Conference

Case continued to **2/4/08 at 7:30 am** for Jury Trial

Time Excluded:  **Begins:**　　　　**Ends:**

**ORDERED AFTER HEARING:**

Defendants request additional time to review documents. Defendant Michael Edison's request for a computer is denied. Defendant Debra Edison's request for the parties to have a meeting at Dublin is granted.