UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEBRA EDISON AND MICHAEL EDISON,<br><br>  Defendants. | Nos.:  CR 07-00479 WHA<br>       CR 07-00074 WHA<br><br>**[PROPOSED] ORDER** |

For GOOD CAUSE SHOWN, it is hereby ORDERED that Debra Edison, defendant in Case No. CR 07-00479 WHA, shall be permitted to accompany her attorney, Assistant Federal Public Defender Shawn Halbert, and defendant Michael Edison's attorney, Roger Patton, Case No. CR 07-00074 WHA, in contact visits at the Federal Detention Center at Dublin, California, with Michael Edison.

Dated: October 29, 2007

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

1