

U.S. Department of Justice

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102*  *FAX:(415) 436-7234*

November 1, 2007

VIA HAND DELIVERY
Honorable William H. Alsup
United States District Court Judge
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: United States v. Michael Edison and United States v. Debra Edison,
        CR 07-0074 WHA & CR 07-0479 WHA

Dear Judge Alsup,

    This will confirm that I spoke with Your Honor's clerk today and advised her that the parties all wish to drop these matters from calendar on November 5, 2007.  Trial dates are already set and time has been ordered excluded through the trial dates.  Thank you.

        Sincerely,

        SCOTT N. SCHOOLS
        United States Attorney

    By:     /s/
        JEFFREY R. FINIGAN
        Assistant United States Attorney

cc:    Roger Patton, Esq. (via facsimile)
       Shawn Halbert, Esq. (via facsimile)