

U.S. Department of Justice

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102*  *FAX:(415) 436-7234*

November 26, 2007

**VIA HAND DELIVERY**
Honorable William H. Alsup
United States District Court Judge
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:  United States v. Michael J. Edison & Debra Edison
        CR 07-0074 WHA & CR 07-0479 WHA

Dear Judge Alsup,

    Pursuant to Your Honor's Scheduling Order of November 5, 2007, the government proposes the following schedule for submissions for the final pretrial conference regarding motions:

- December 28, 2007 – Motions
- January 14, 2008 – Oppositions
- January 22, 2008 – Replies

Counsel for Michael Edison, Mr. Patton, is agreeable to this schedule.  As of the submission of this letter, I have not received a response from counsel for Debra Edison, Ms. Halbert, regarding the proposed schedule.  Thank you.

        Sincerely,

        SCOTT N. SCHOOLS
        United States Attorney

    By:  /S/ Jeffrey R. Finigan
        JEFFREY R. FINIGAN
        Assistant United States Attorney

cc:    Roger Patton, Esq. (via facsimile)
       Shawn Halbert, Esq. (via hand delivery)