IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0074 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE FOR PRETRIAL MOTIONS** |
| MICHAEL J. EDISON and DEBRA EDISON, | |
| Defendants. / | |

As requested by both counsel, motions for the final pretrial conference shall be filed by **DECEMBER 28**, with opposition due by **JANUARY 10**, and replies by **JANUARY 16**, to be heard at **2:00 P.M.** on **TUESDAY, JANUARY 22, 2008**. However, the Court cannot guarantee that it will be able to rule from the bench or issue an order "so that the parties can have the Court's rulings" prior to filing pretrial conference statements, as contemplated by counsel.

**IT IS SO ORDERED.**

Dated: November 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE