**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

December 7, 2007

The Honorable William H. Alsup
United States District Judge
United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    United States v. Debra Edison and Michael Edison
             No. CR 07-00479 WHA & CR 07-00074 WHA

Your Honor:

    I learned today about the court's December 6, 2007 order stating that Debra Edison and counsel should appear before Your Honor on December 11, 2007 at 2:00 p.m. for the calling of Mr. Edison's case. I am available and will make an appearance with Debra Edison. At that appearance, I also intend to raise two related issues in Debra Edison's case -- first, legal issues relating to the grand jury subpoena to Mr. Edison's former attorney, Michael Thorman, about which I just learned and which commands his testimony on December 18, 2007; and second, the feasibility of the December 28, 2007 motions filing date and the February 4, 2008 trial date.

    Finally, with respect to Mr. Patton's motion to withdraw as counsel for Michael Edison, I will ask CJA panel coordinator Ruben Deang to be present in court in the event that the Court has any questions for him about possible replacement panel counsel.

    Thank you for your consideration and if you have any questions, please call me at (415) 436-7700.

                                                Respectfully submitted,

                                                BARRY J. PORTMAN
                                                Federal Public Defender

                                                     /S/

                                                SHAWN HALBERT
                                                Assistant Federal Public Defender

SH/ce