BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700

Counsel for Defendant DEBRA EDISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00479 WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF ATTORNEY APPEARANCE |
| | ) | |
| DEBRA EDISON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Undersigned counsel, Assistant Federal Public Defender ("AFPD") Eric Matthew

Hairston, enters his general appearance as co-counsel for defendant Debra Edison.  Counsel's

contact information is listed above.  AFPD Shawn Halbert, counsel for Debra Edison, shall not

be terminated from this case and should continue to receive all notices.

Dated: December 7, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender