1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue
   San Francisco, California  94102

7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234

8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10

                UNITED STATES DISTRICT COURT

11

                NORTHERN DISTRICT OF CALIFORNIA

12

                    SAN FRANCISCO DIVISION

13

14

   UNITED STATES OF AMERICA,          )    Criminal No. CR 07-0479 WHA
                                       )
15        Plaintiff,                   )
                                       )
16                                     )
                                       )    **STIPULATION AND [PROPOSED]**
17     v.                              )    **ORDER EXCLUDING TIME &**
                                       )    **CONTINUING HEARING**
18                                     )
   DEBRA EDISON,                       )
19                                     )
          Defendant.                   )
20  _____   )

21

22        The above-captioned matter came before the Court on December 11, 2007.  The

23  defendant was represented by Shawn Halbert, Esq., and the government was represented by

24  Jeffrey Finigan, Assistant United States Attorney.  The matter was set before this Court for

25  further status on December 18, 2007, due to the withdrawal of counsel in the related case of U.S.

26  v. Michael Edison, CR 07-0074.

27        The Court made a finding that the time from and including December 11, 2007, through

28  and including December 18, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C.

   STIPULATION AND [PROPOSED] ORDER
   EXCLUDING TIME
   CR 07-0479 WHA

1  § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

2  interest of the public and the defendant in a speedy trial.  The finding was based on the need for

3  the defendant to have reasonable time necessary for effective preparation, taking into account the

4  fact that the matter is related to the U.S. v. Michael Edison case and exercise of due diligence,

5  and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

6          The parties hereby agree to and request that the case be continued until December 18,

7  2007, and that the exclusion of time until then be granted.  The parties agree and stipulate that the

8  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),

9  because the ends of justice served by this continuance outweigh the best interest of the public and

10  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively

11  prepare, taking into account the exercise of due diligence, and will provide for continuity of

12  counsel for the defendant.

13

14

15  DATED: December 12, 2007                        /s/
                                        SHAWN HALBERT
16                                       Counsel for Debra Edison

17

18  DATED: December 12, 2007                        /s/
19                                       JEFFREY R. FINIGAN
                                         Assistant U.S. Attorney
20

21  So ordered.

22  DATED:                          _____
23                                       WILLIAM H. ALSUP
                                         UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA                          2