UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 18, 2007

Case No.:  CR 07-0074 WHA
           CR 07-0479 WHA

Title:  UNITED STATES -v- MICHAEL EDISON (Custody)
                         DEBRA EDISON (present)

Appearances:
    For the Government: Al Sambat

    For the Defendant(s): Roger Patton (ME)
                         Eric Hairston for Shawn Halbert (DE)

Interpreter: n/a                Probation Officer: n/a

Deputy Clerk: Dawn Toland       Court Reporter: Kathy Powell

## PROCEEDINGS

1)    Status - HELD

2)    

Case continued to **1/15/08 at 2:00pm** for Motions

Case continued to __ for Motion

**ORDERED AFTER HEARING:**

Attorney John Jordan appeared as possible new counsel for Michael Edison, but due to conflict he will not represent the defendant. Court asked Federal Public Defender's office to find CJA counsel without a conflict. Defendant shall appear before Magistrate Judge James at 9:30am on 12/21/07 for ID of Counsel.

Defendants' motion to quash shall be heard on 1/15/08.  Government's opposition is due 12/28/07 and the reply is due by 1/4/08.   Time is tolled from the filing of the motions.