UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 11, 2007

Case No.:  CR 07-0074 WHA
          CR 70-0479 WHA

Title:  UNITED STATES -v- MICHAEL EDISON (CUSTODY)
                         DEBRA EDISON (present)

Appearances:
    For the Government: Jeff Finigan

    For the Defendant(s): Roger Patton; Michael Thorman (ME)
                         Shawn Halbert; Eric Hairston (DE)

Interpreter: n/a                Probation Officer: n/a

Deputy Clerk: Dawn Toland       Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   Motion to Withdraw - HELD

2)   

Case continued to **12/18/07 at 2pm** for ID of Counsel

Case continued to ___ for Motion

**ORDERED AFTER HEARING:**

Mr. Patton will not be able to withdraw until new counsel is found for Michael Edison. Mr. Thorman's motion to withdraw is granted. Time is excluded from today until 12/18/07.

Trial and pretrial conference dates are VACATED.