1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0074 WHA |
| Plaintiff, ) | DECLARATION OF MANDY BRITTON IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTIONS TO QUASH SUBPOENA |
| v. ) | |
| MICHAEL EDISON, ) | Date:  January 15, 2008 Time:  2:00 p.m. |
| Defendant. ) | Court: Hon. William H. Alsup |
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 07-0479 WHA |
| v. ) | |
| DEBRA EDISON, ) | |
| Defendant. ) | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Britton Declaration
CR 07-0074 WHA & CR 07-0479 WHA

I, Mandy Britton, state and declare as follows:

1.    I am employed as a Special Agent with the Federal Bureau of Investigation and am the lead agent assigned to the investigation of Michael and Debra Edison.

2.    On or about April 3, 2007, I was informed by the Alameda County Sheriff's Office that they had intercepted a letter from the defendant, Michael Edison, who was an inmate in their facility at that time. They provided me with a copy of the letter and a true and correct copy of that letter is attached hereto as Exhibit A.

3.    On June 8, 2007, the Assistant United States Attorney assigned to this investigation, Jeffrey Finigan, and I spoke with Michael Edison's counsel at that time, Michael Thorman. Mr. Thorman advised us that he was in possession of documents he obtained from Debra Edison that purportedly showed the victim in this investigation loaned money to Michael Edison. Mr. Thorman advised us that he would send copies of the documents to Mr. Finigan. Mr. Finigan thereafter advised me that he received a letter dated June 21, 2007, from Mr. Thorman with copies of the aforementioned documents enclosed. Mr. Finigan provided me with a copy of the June 21st letter and its contents and a true and correct copy of the letter and contents are attached hereto as Exhibit B.

4.    On December 18, 2007, AUSA Finigan and I interviewed Mr. Thorman. Mr. Thorman stated that he had a fee agreement with Michael Edison only and that he never considered Debra Edison to be his client. Mr. Thorman also stated that he never advised or instructed Debra Edison to create any documents. He only asked her to send documents that allegedly already existed at the time he dealt with her.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge. Executed on December 28, 2007, in San Francisco, California.

MANDY BRITTON

Britton Declaration
CR 07-0074 WHA & CR 07-0479 WHA        2

# EXHIBIT A

Via: AirMail

Michael J. Edison ULT-040
5325 Broder Blvd.
Dublin, CA 94568

MRS. DEBRA LEGUM EDISON
82 Birchenstrasse
8050 Zurich
Switzerland



ME006979



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

ME006980

①

READ AND DESTROY

Debra,

This letter is the "Most Important thing I Have Ever Asked you to Do"

1. No matter what happen you" Must stay in Switzerland until we can determin that it is safe for you to Return Just Remember.

a) They cannot make you testify for or against Me.

B) If these is any type of Sorpenes or other demand for Documents they cannot "extridte" you from their in any way.

c. We "Must" manage the Release of the documents that are in the black Suit Cases — Some need to be destroyed and other worked on. (more in this letter)

d) Switzerland & to a lesser extent will protect you from all of this you "Must Not Return to the US" until its safe to Do so No matter what the Cause.

As this thing heats up we must be careful not to talk about this on the phone in

ME006981

want to give to my children that you keep
bugging me about. This "Must" not ever
be brought up again "as it for now appears
that they have missed this all together in their
Search" However if we use it in "any" way
or touch is in any form it will give them
the right to take it and it alone will make
their case and cause further problem for you.
We just must make due with what we have
and can raise on our own "No matter what
the pain" I never want us to discuss it ever
again "for now at least" It's important for your
Safety as it is the only thing that takes this
over the top from a defense point of view. I know
you understand.

II Communication:

    1. Be carefull on the phone with me
        a Speak only about the Loans or
        general business I am trying to
        Negociate for my bail.

    2. If and when we have some money
        to make bail we must make sure that
        all paperwork Show a Personnal loan
        in my favor as the court is looking
        "Very Hard at the Source of any funding
        or assette of mine that they can Seize"

    3. The good new is that we'e Safe on
        that front but because of the Swiss
        Secrecy laws. They might wrongly beleive
        that we are hiding something and it

ME006982

(3)

will drive them creazy as they keeps looking
for those "Hidden assets". Remembe the Swiss
will protect you and any assets. Keeps every
care to protect Connies accounts. very private
and european based. Any transfer when
and if we can fund this account should
either be in cash or if larger directlyto
a lowyers account then on to its intended
location. As soon as we locate and
fund that account you will have money to
Pay a Swiss lowyer (personnal) Connie
is the only one you can tell to about the selection
of this attorney. He will be very discrete You
can tell Her that you need a very trustworth
private attorney to help you with some
private legal matter and can She give you
a Referal of some one Shetrust. You must
Not involve KPMG, Brent or any one else.
in this selection. When we have some money
This Retain Should not exceed 10,000 Swiss
franks and 300 to 400 SF per Hour. You can
then use a transfer from Connies account
to the lowyers Cliente acct. Then He on your
or my behalf make the US Based transfers
or work with our US attornies etc. The above
only applies if we get Money in the account
of any amount over 50,000-75,000. "Any"
amount over this Sum that we get must go
to that account then back thru the route

ME006983

(4)

above. This is important So that you don't create any tax or other sources of the money issue as they might some day relate to the current "US Problem"

In Summary Use the credit Swiss account freely for the following US Based transfer

1.) Payment to our attorneys

2.) Any "European Payment"

3.) Don't ever keep more then 30-40,000 SF in that account.

USE THE HSBC ACCOUNTS AS follows.

US Accounts for EDison & Co

Your Account Keep depositing any US Checks we receive in the Name of EDison & Co to that account then transfer as you Need to your HSBC Account and use for credit card purche in the "US only" Don't Use it in Europe use the fax the way we did the last time that bears my signature to Faozi to make and transfer you need. Don't You directly Touch any of these US Accounts all transfer Must bear my order and facsimile signature for your Protection — Remember these account are under internal Scrunity for Now.

When We get some tem3 you must write
"AB ucest Trust Co IN THE British
Virgin islands and find out what
the amount of Back fees are owed and
what is entailed with getting is paid
up to date So We can Get a good Standing
letter from them for Cennies Bond and
bring Sendy Rock Investment ~~Back~~ inc
up to date. You Should write the letter
your self with my Signature and the
Swiss address - Michael J. Edwin
                        Monager
                        Sendy Rock Investments
                        Ensur Eurosa
                        69 Stem ~~ghurt~~ get address
                        Zurie
~~Hose Epais Edwin~~ With my Signature on the
letter.

This only need to be done when we have some money
to Protect in Cennies Bonk. What this we
can do business in the future.

What we are getting Ready for is a "Ground
Zero" deal in which We exit "All other
Companies and accounts Place all our
future dealing and business thru either
Sendy Rock or our Swiss Lawyers using
the Credit Swiss account as a House hold
acct with No more than 100 - 120 k, per year
going thru it's.

ME006985

**Records:**

We are very shortly have to start shipping Record on a "very" "selected basis to our lawyer too We must gain control of these in Switzerland with You." If you are questioned about any document we are not Ready to Release just tell them they are must Be with the stuff of PWMC that was shipped directly to the virgin Islands and are in warehouse storage with the customs agent transfer agent. We need to track this Down. because they may want to go then and search the Record "Let them knock themselves" out. It will keep them from looking elsewhere while we get them to Switzerland.

**Now:** IMPORTANT DO Right AWAY

The Record Storage place in New Jersey that we sent all the Records to from the apt. You have their name These boxes are Divided into three Categories

1. Odd Shaped Boxes Unopened from Original Installation in Fla. They contain Radio Equt we can sell sometime "But for Now Leave them Their" – 4-6 I think –

2. The Second Set of Boxes are Regular Normal Standard File Boxes Most Contain the "Don Johnson Files" These could be left and shipped directly to our attorney when they ask. or if it's not too much money have them sent directly to you at the Office address Inour Europe. My attention don't send any directly to the house address

ME006986

There are three of four larger boxes that hold the most important Records personal that we don't want "Anyone" to get.

You Can send them Slowly But You Must Get them out of their Door

Second Have Epen Ship or call the Storage Place your self "He doesn't seem to want to touch this process Himself" — Must also get Records He took From the apartment also along with the Hard Drive from the computers. If Jason stuff is in Same storage you can send it as well However if its not their Dont work q about it. not the most important stuff is what He Removed from the apartment — Jason Stuff Can Stay wherever Epen left it — I think Opens a Storage, — When the P resource come to find Records Rember 1st you know its in the USVI 2nd when the dont find it Quires storage where Jasen's records are. If we ever got them ask Epen if we did.

You must ASAP Gain Controll of N Jersy Rcords ASAP — Actually send everythin except the Radio ets that Important — Get Records Epen took from the apartment — ASAP LAST CLOSE THE VIRGIN STORAGE AND HAVE it ALL SHIPPED TO ZURICH *

Then you can start the all important long task of
Put ing the files sorted and in order to send back
to our attornies as they dont get what they need
when the op looking, I must ask you to do this
long hard task but how well we do this will
Spell the difference between JAIL & FREEDOM
Get Control of THESE RECORDS ASAP
1) New Jersey 2) EPPti Apot & Hmo Prices 3)
Williamsbery Records ) ~~the~~ All the Rest can
be left in place in NY & USVi;

You "must help me create". a note that is
missing from the files you have it is the
most impornt drucment and ill send in
via separate over but you must make sure
it is created with out ~~flex~~ ~~fix~~ any erors.
Very Carefully follow the following septs. Dont
go never or ever talk to anyone about this
~~steps~~ Steps

1.) Either type in New times Roman Font on
9½ / 11" Paper (Do not use the office or any of
our computers) go to a totally separate service
out of the Yellow Pages Pay some one to type this
Stand over them while they do it Pay Cash,
get copy of Disk (then Destroy) Dont leave them
Alone with it. It wont take more than 30-40 minuts
its only 2-or three Pages

2. When She has a good duft completed ~~then~~
Have her run than 9½ 11 Paper that bears my
original segnature at the bottom Use the ten pages
I am signming in blank.

ME006988

3. When You have a good orginal wrote
with my signature on it - Make sure she gets
the Vote in such a way that text matches when
is Looks good — Make 3 copies "DESTROY"
the Orginal" all all votes computer
Desk Receipts for Source etc.

All WE NEED IS A COPY OF THE NOTE
AND THE MEMORANDUM which I sent
you earlier. Did you get it? If so tell
me that Rosie's Had a birthday on the phone
when its done — Then it needs to be
put with some other files that we send
hitter to the Xeroxes — Send it with a bunch
of other paper and let them find it
by them Selves — The Other Important
document is the orginal Power of Attorney
which you have.. We must get started
on this jent In case I don't get the
money to get out, If I don't get
out "You Must Do this For Me"

GET ME Some Paper so that I can Seign the Blanks.
it should be the same as I sign — Send 10
to 15 Pages and I'll send Blanks as well as
Signature Pages So you can Run some paper.
Copies can be on any 9½ / 11" paper that's not
important

ME006989

We need to get this done in the next two weeks as the pressure will begin to mount for its location.

Remember first to tell them your not sure but it must be with the Prom 6 files that were shipped to USVI from Scottsdale. Then when that doesn't work send them to the files in NY. Then we will find them in the other storage place you forgot about in Zurich. Then we can send them the whole file with all the Swiss doc - letter note power of attorney etc. Make sure it looks like you didn't sort thru just send in Brown file folder via Fed Express — Don't send until I give you the code word Rosies Birthday and do we have all the present.

Please help me with this. It's the only thing that will allow me to win this thing

I love you so much

☺

Note calendar Separate letter

August 1, 2005

Promissary Note

I Michael J. Edison promise to pay
Jean Phleger the sum of Two Million Two
Hundred Thousand Dollars ($2,200,000) USD.
including accrued interest compounder at
the rate of (8%) Eight percent per annum.

This note shall be goverend under the Laws
of the state of New York and may be assigned,
exchanger or transferer. Principal and all
accrued interest shall become due and payable
on or before August 1, 2008.

By: Michael J. Edison
New York, NY



( make sure spelling is correct very important )

ME006991

(CHECK SPELLING & GRAMMER

MEMORANDUM

DATED August 1, 2005

FROM: MICHAEL J. EDISON

TO: JEAN PHIEYER

I would like to THANK You FOR Your interest in Supporting THE Development Stage OF MY Technology investments with Your Agreement To Provide A Loan to Support these Early Stage Development Projects. THIs PERSONAL Loan will Allow me to continue To Develop THE Multi Stage Platform THAT WE HAVE OFTEN Discussed AND should well BEFORE it's maturity Yeild good Results.

It is my intent AND commitment To Allow You THE following option OF Exchange. For your Promisary Note DATED August 1, 2005.

You will Be Allowed To Exchange THIs Note IN Full FOR THE Common Stock of ANY Public Company That I Develope during the Time The note is outstanding AT THE Same PRICE AS MY FOUNDERS Stock Subject To THE SEC Rules in Force At THE Time of Such Exchange

I AGAIN THANK You For Your PERSONAL commitment AND Look FORWARD to A Long AND Prosperous Future

ME006992

I MAY HAVE A BETTER Draft - CleaN up
Spelling and (Grammar)

ME006993

# EXHIBIT B

Law Offices Of

# BONJOUR, THORMAN, BARAY & BILLINGSLEY

A Professional Corporation
24301 SOUTHLAND DRIVE, SUITE 312
HAYWARD, CALIFORNIA 94545

JULES FREDERICK BONJOUR, JR.
MICHAEL P. THORMAN
CAMELLIA BARAY
DAVID BILLINGSLEY

Telephone
(510) 785-8400
Facsimile
(510) 670-0955

June 21, 2007

*via facsimile and U.S. Mail*
Mr. Jeffrey Finigan
Assistant United States Attorney
U.S. Department of Justice
Northern District of California
11th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

> Re:   *U.S. v. Michael J. Edison*
>       CR 07-0074 WHA

Dear Mr. Finigan:

Enclosed are the two documents I mentioned to you which are appropriately discoverable pursuant to Rule 16(b)(1)(A). Because I have not started a Bates stamp procedure yet, and for the purpose of memorializing this discovery disclosure, the documents are entitled "Summary Memo of Loan Agreement Between Jean Phleger and Michael J. Edison" and "Promissory Note".

I will, of course, provide additional discovery as required as I receive it.

Sincerely yours,

BONJOUR, THORMAN, BARAY &
BILLINGSLEY

MICHAEL P. THORMAN

MPT/df

Enclosures

ME007190

To:    Ms. Jean Phleger

From:  Mr. Michael J. Edison

August 2, 2005

Summary Memo of Loan Agreement
Between Jean Phleger and
Michael J. Edison

I very much appreciate the extension of the personal loan evidenced by the attached original Promissory Note dated August 2, 2005. Please take time to review the terms and its conditions.

In addition to the terms of loan which will be due and payable on August 2, 2008 along with 8% accrued interest. I will offer you the right to exchange this note in all or part for the stock of any Public Company which emerges at the same basis as my own. This of course is subject to the Sec Rules at the time for such exchanges. This exchange offer is solely at your discretion.

Thank you again for this loan as it will greatly assist me personally in developing the three development stage companies you have shown an interest in.

By:  Michael J. Edison

ME007191

# PROMISSORY NOTE

**$2,250,000.00 (USD)**                                      **Date:  August 1, 2005**

On or before August 1, 2008 the undersigned promises to pay Jean Phleger or order, the sum of Two Million Two Hundred Fifty Thousands and no/100 Dollars ($2,250,000.00) USD with interest from the above date until paid, at the rate of EIGHT (8%) per cent per annum, payable with interest and principal due at maturity, at Las Vegas, Nevada. Interest shall be paid on accrued interest and shall compound monthly.

Should interest not be so paid as indicated above, it shall thereafter bear like interest as the principal at the maximum rate permitted by law. Should default be made in the payment of any interest when due, the whole sum of principal and interest shall become immediately due and payable at the option of the holder of this note. I agree to pay attorney fees to enforce the payment of this note as a court may adjudge reasonable. Principal and interest is payable in lawful money of the United States of America.

Michael J. Edison

BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 SOUTHLAND DRIVE, SUITE 312
HAYWARD, CALIFORNIA 94545

Mr. Jeffrey Finigan
U.S. Department of Justice
Northern District of California
11ᵗʰ Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102



02  1P
0002687080  JUN 21 2007
MAILED FROM ZIP CODE 94545

UNITED STATES POSTAGE
$ 000.41⁰
PITNEY BOWES

ME007193

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the office of the United States

Attorney, Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned certifies that he caused copies of

**UNITED STATES' OPPOSITION TO DEFENDANTS' MOTIONS TO QUASH SUBPOENA and DECLARATION OF MANDY BRITTON IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTIONS TO QUASH SUBPOENA**

in the cases of **U.S. v. MICHAEL EDISON and DEBRA EDISON, No. CR-07-0074 WHA,**

**No. CR-07-0479 WHA**

 to be served on the parties in this action, addressed as follows which are the last known

addresses:

**Richard Mazer**

Law Offices Of Richard B. Mazer
99 Divisadero Street,

San Francisco, CA 94117


**Roger William Patton**

Patton Wolan Boxer
1814 Franklin Street
Suite 501
Oakland, CA 94612


\_\_\_\_(By Personal Service), I caused such envelope to be delivered by hand to the person or
      offices of each addressee(s) above.

\_\_\_\_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or
      offices of each addressee(s) above.

\_\_\_\_ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed
      in the United States mail at San Francisco, California.

  X   (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address
      listed above.

I declare under penalty of perjury that the foregoing is true and correct.

1    December 28, 2007

2

3    _____/s/_____

     WILSON WONG

4    United States Attorney's Office

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28