BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant
DEBRA EDISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL EDISON,<br><br>　　　　Defendant. | No. CR 07-0074 WHA |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEBRA EDISON,<br><br>　　　　Defendant. | No. CR 07-0479 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DATE**<br><br>Court: Honorable William H. Alsup<br>Date: January 15, 2008<br>Time: 2:00 p.m. |

//

//

United States v. Michael Edison, No. CR 07-0074 WHA
United States v. Debra Edison, No. CR 07-0479 WHA
Stipulation and Order Continuing Filing Date

1

1    This Stipulation is entered into by and among Plaintiff, the United States of America, and
2 defendants Michael Edison and Debra Edison, through their respective attorneys of record.
3    WHEREAS, on December 14, 2007 prior counsel to defendant Michael Edison and
4 counsel to defendant Debra Edison filed separate motions to quash the grand jury subpoena
5 served upon attorney Michael Thorman, and
6    WHEREAS, on December 18, 2007 this Court set a briefing schedule for the motions to
7 quash requiring the United States' opposition to be filed no later than December 28, 2007 and the
8 respective reply briefs filed no later than January 4, 2008, and
9    WHEREAS, Magistrate Judge Maria-Elena James appointed Richard B. Mazer as new
10 counsel for defendant Michael Edison on December 21, 2007, and
11    WHEREAS, new counsel for defendant Michael Edison requires sufficient time to review
12 the discovery, confer with his client and confer with prior counsel in order to prepare a well-
13 informed reply brief,
14    The parties therefore agree and stipulate that the date by which reply briefs of the
15 respective defendants must be filed is extended to Tuesday, January 8, 2008.
16    IT IS SO STIPULATED.

17 DATED: January 3, 2008                    _____/S/_____
                                            JEFFREY R. FINIGAN
18                                          Assistant United States Attorney

19

20 DATED: January 3, 2008                    _____/S/_____
                                            RICHARD B. MAZER
21                                          Counsel for MICHAEL EDISON

22

23 DATED: January 3, 2008                    _____/S/_____
                                            SHAWN HALBERT
24                                          ERIC MATTHEW HAIRSTON
                                            Assistant Federal Public Defenders
25

26 United States v. Michael Edison, No. CR 07-0074 WHA
United States v. Debra Edison, No. CR 07-0479 WHA
Stipulation and Order Continuing Filing Date

1  ORDER

2      For the foregoing reasons, the Court HEREBY ORDERS that the reply briefs of

3  defendants Michael Edison and Debra Edison shall be filed no later than January 8, 2008. The

4  respective motions to quash shall be heard on January 15, 2008, as previously scheduled.

5  IT IS SO ORDERED.

7  DATED:  _____
                                    WILLIAM H. ALSUP

8                                      United States District Judge