1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   ERIC MATTHEW HAIRSTON
3  Assistant Federal Public Defenders
   19th Floor Federal Building – Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone: (415) 436-7700

6  Counsel for Defendant
   DEBRA EDISON

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,         )    No. CR 07-0074 WHA
12                                   )
              Plaintiff,             )
13                                   )
       v.                            )
14                                   )
   MICHAEL EDISON,                   )
15                                   )
              Defendant.             )
16 _____ )
                                     )
17                                   )
   UNITED STATES OF AMERICA,         )    No.   CR 07-0479 WHA
18                                   )
              Plaintiff,             )
19                                   )
       v.                            )    **STIPULATION AND [PROPOSED]**
20                                   )    **ORDER CONTINUING FILING DATE**
   DEBRA EDISON,                     )
21                                   )
              Defendant.             )    Court: Honorable William H. Alsup
22                                   )    Date:  January 15, 2008
                                     )    Time:  2:00 p.m.
23 _____ )

   //
24
   //
25

26
   United States v. Michael Edison, No. CR 07-0074 WHA
   United States v. Debra Edison, No. CR 07-0479 WHA
   Stipulation and Order Continuing Filing Date

                                    1

1   This Stipulation is entered into by and among Plaintiff, the United States of America, and
2   defendants Michael Edison and Debra Edison, through their respective attorneys of record.
3   WHEREAS, on December 14, 2007 prior counsel to defendant Michael Edison and
4   counsel to defendant Debra Edison filed separate motions to quash the grand jury subpoena
5   served upon attorney Michael Thorman, and
6   WHEREAS, on December 18, 2007 this Court set a briefing schedule for the motions to
7   quash requiring the United States' opposition to be filed no later than December 28, 2007 and the
8   respective reply briefs filed no later than January 4, 2008, and
9   WHEREAS, Magistrate Judge Maria-Elena James appointed Richard B. Mazer as new
10  counsel for defendant Michael Edison on December 21, 2007, and
11  WHEREAS, new counsel for defendant Michael Edison requires sufficient time to review
12  the discovery, confer with his client and confer with prior counsel in order to prepare a well-
13  informed reply brief,
14  The parties therefore agree and stipulate that the date by which reply briefs of the
15  respective defendants must be filed is extended to Tuesday, January 8, 2008.
16  IT IS SO STIPULATED.

17  DATED: January 3, 2008                    _____/S/_____
                                              JEFFREY R. FINIGAN
18                                            Assistant United States Attorney

19

20  DATED: January 3, 2008                    _____/S/_____
                                              RICHARD B. MAZER
21                                            Counsel for MICHAEL EDISON

22

23  DATED: January 3, 2008                    _____/S/_____
                                              SHAWN HALBERT
24                                            ERIC MATTHEW HAIRSTON
                                              Assistant Federal Public Defenders
25

26
United States v. Michael Edison, No. CR 07-0074 WHA
United States v. Debra Edison, No. CR 07-0479 WHA
Stipulation and Order Continuing Filing Date

2

1  ORDER

2      For the foregoing reasons, the Court HEREBY ORDERS that the reply briefs of

3  defendants Michael Edison and Debra Edison shall be filed no later than January 8, 2008. The

4  respective motions to quash shall be heard on January 15, 2008, as previously scheduled.

5  IT IS SO ORDERED.

6

7  DATED:   January 3, 2008

8                                                WILLIAM H. ALSUP
                                              United States District Judge

(Stamp: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

United States v. Michael Edison, No. CR 07-0074 WHA
United States v. Debra Edison, No. CR 07-0479 WHA
Stipulation and Order Continuing Filing Date

3