1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   ERIC MATTHEW HAIRSTON
3  Assistant Federal Public Defenders
   19th Floor Federal Building – Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone: (415) 436-7700

6  Counsel for Defendant
   DEBRA EDISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br> MICHAEL EDISON,                    )<br>                                    )<br>            Defendant.              )<br>_____)<br>                                    )<br>                                    )<br> UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br> DEBRA EDISON,                      )<br>                                    )<br>            Defendant.              )<br>                                    )<br>_____)| No. CR 07-0074 WHA<br><br><br><br><br><br><br><br><br><br>No.   CR 07-0479 WHA<br><br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING FILING DATE**<br><br>Court: Honorable William H. Alsup<br>Date: January 15, 2008<br>Time: 2:00 p.m. |

//

//

United States v. Michael Edison, No. CR 07-0074 WHA
United States v. Debra Edison, No. CR 07-0479 WHA
Stipulation and Order Continuing Filing Date

1

This Stipulation is entered into by and among Plaintiff, the United States of America, and defendants Michael Edison and Debra Edison, through their respective attorneys of record.

WHEREAS, on December 14, 2007 prior counsel to defendant Michael Edison and counsel to defendant Debra Edison filed separate motions to quash the grand jury subpoena served upon attorney Michael Thorman, and

WHEREAS, on December 18, 2007 this Court set a briefing schedule for the motions to quash requiring the United States' opposition to be filed no later than December 28, 2007 and the respective reply briefs filed no later than January 4, 2008, and

WHEREAS, Magistrate Judge Maria-Elena James appointed Richard B. Mazer as new counsel for defendant Michael Edison on December 21, 2007, and

WHEREAS, new counsel for defendant Michael Edison requires sufficient time to review the discovery, confer with his client and confer with prior counsel in order to prepare a well-informed reply brief,

The parties therefore agree and stipulate that the date by which reply briefs of the respective defendants must be filed is extended to Tuesday, January 8, 2008.

IT IS SO STIPULATED.

DATED: January 3, 2008        _____/S/_____
                              JEFFREY R. FINIGAN
                              Assistant United States Attorney


DATED: January 3, 2008        _____/S/_____
                              RICHARD B. MAZER
                              Counsel for MICHAEL EDISON


DATED: January 3, 2008        _____/S/_____
                              SHAWN HALBERT
                              ERIC MATTHEW HAIRSTON
                              Assistant Federal Public Defenders

United States v. Michael Edison, No. CR 07-0074 WHA
United States v. Debra Edison, No. CR 07-0479 WHA
Stipulation and Order Continuing Filing Date

2

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the reply briefs of defendants Michael Edison and Debra Edison shall be filed no later than January 8, 2008. The respective motions to quash shall be heard on January 15, 2008, as previously scheduled.

IT IS SO ORDERED.

DATED: January 3, 2008

WILLIAM H. ALSUP
United States District Judge

United States v. Michael Edison, No. CR 07-0074 WHA
United States v. Debra Edison, No. CR 07-0479 WHA
Stipulation and Order Continuing Filing Date

3