BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant
DEBRA EDISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0479 WHA |
| Plaintiff, | DECLARATION OF ERIC M. HAIRSTON IN SUPPORT OF DEBRA EDISON'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO QUASH. |
| v. | |
| DEBRA EDISON, | |
| Defendant. | |

I, Eric M. Hairston, declare as follows:

I.  I am an Assistant Federal Public Defender for the Northern District of California. I make this declaration in support of Debra Edison's Reply to the Government's Opposition to Mrs. Edison's Motion to Quash the Grand Jury Subpoena Served on Michael Thorman. I have knowledge of the facts set forth below and, if called as a witness in this matter, could and would competently testify to them.

1  II.   Attached hereto as Exhibit A is a true and correct copy of a Federal Bureau of
2       Investigation 302 dated June 8, 2007 and bearing the Bates designation ME006999,
3       received from the government as discovery in this matter.
4       I declare under penalty of perjury that the foregoing is true and correct. Signed this 8th
5  day of January, 2008 in San Francisco, California.

7  Dated: January 8, 2008

8                           Respectfully submitted,

9                           BARRY J. PORTMAN
                            Federal Public Defender

10                              /S/

11
12                          ERIC MATTHEW HAIRSTON
                            Assistant Federal Public Defender

United States v. Debra Edison, No. CR 07-0479 WHA
Hairston Decl. ISO Reply to Government's Opposition to
Motion to Quash

2

EXHIBIT A

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  06/08/2007

On June 08, 2007, Federal Bureau of Investigation (FBI) Special Agent (SA) Mandy Britton and Assistant United States Attorney (AUSA) Jeffrey Finigan spoke with Michael J. Edison's attorney Michael Thorman of Bonjour, Thorman, Baray & Billingsley, 24301 Southland Drive, Suite 312, Hayward, CA 94545, telephone number 510-785-8400.

AUSA Finigan asked Thorman if Thorman had documents to support the claim in his brief filed June 7, 2007 that the defendant allegedly borrowed money from the victim named in the indictment. Thorman said yes, and stated that he had a promissory note and a Memorandum of Understanding (MOU) between Edison and Phleger. Thorman received the promissory note and MOU from Debra Edison, Michael J. Edison's wife. Thorman stated that he currently has poor quality copies and that he was expecting to receive better ones. Once better copies were received Thorman stated he would turn copies over to AUSA Finigan.

Thorman stated that the promissory note and MOU received from Debra Edison did not come with other documents as he would expect. The documents were not included in a Phleger file.

Thorman currently has four boxes that he received. The four boxes mainly contain documents related to Don Johnson.

---

Investigation on  06/08/2007  at  San Francisco

File #  290-SF-139333                                      Date dictated  NA

by  SA Mandy Britton                                                         ME006999

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.