BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant
DEBRA EDISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEBRA EDISON,<br><br>  Defendant | No. CR 07-0479 WHA<br><br>DECLARATION OF ERIC M. HAIRSTON AND MOTION TO FILE UNDER SEAL<br><br>Court: The Honorable William H. Alsup<br>Date: January 15, 2008<br>Time: 2:00 p.m. |

HAIRSTON DECLARATION AND MOTION
TO FILE UNDER SEAL                                                        1

1   I, Eric M. Hairston, declare as follows:

2   1.  I am an assistant federal public defender for the Northern District of California. I, with my colleague Shawn Halbert, have been appointed to represent Debra Edison in the matter of *United States v. Edison*, Case No. 07-0479. I have knowledge of the facts set forth below and, if called as a witness in this matter, could and would competently testify to them.

7   2.  Concurrently with this Declaration and Motion, I am filing the Second Declaration of Debra Edison in support of her Motion to Quash the grand jury subpoena served on Michael Thorman ("Second Declaration of Debra Edison"). This declaration contains a discussion of confidential communications between Mrs. Edison and attorney Michael Thorman.

12  3.  I therefore respectfully move this Court for an Order that the Second Declaration of Debra Edison in support of her Motion to Quash be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 10th day of January, 2008 in San Francisco, California.

Dated: January 10, 2008

                Respectfully submitted,

                BARRY J. PORTMAN
                Federal Public Defender

                /s/
                ERIC MATTHEW HAIRSTON
                Assistant Federal Public Defender

HAIRSTON DECLARATION AND MOTION
TO FILE UNDER SEAL                2