IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>DEBRA EDISON,<br><br>   Defendant.<br>_____/ | No. CR 07-00479 WHA<br><br>**ORDER DENYING REQUEST TO FILE UNDER SEAL SECOND DECLARATION OF DEBRA EDISON** |

Defendant requests that the second declaration of Debra Edison in support of her motion to quash be filed under seal. Good cause has not been shown as to why the declaration needs to be filed under seal. The request is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: January 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE