UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff(s),                      No.CR07-0479 WHA (JL)

  v.                                    **NOTICE**

DEBRA EDISON

    Defendant(s).

_____/

    A bail review hearing has been set in the above entitled case for January 31, 2008 @ 11:00 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated:  January 15, 2008

                                                  /s/ Wings Hom

                                      Wings Hom Courtroom Deputy to
                                      Chief United States Magistrate Judge
                                      James Larson