UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 15, 2008

Case No.:  CR 07-0074 WHA
             CR 07-0479 WHA

Title:  UNITED STATES -v- MICHAEL EDISON (custody)
                          DEBRA EDISON (present)

Appearances:
    For the Government: Jeff Finigan

    For the Defendant(s): Richard Mazer (ME)
                          Shawn Halbert; Eric Hairston (DE)

Interpreter: n/a                    Probation Officer: n/a

Deputy Clerk: Dawn Toland           Court Reporter: Catherine Edwards

**PROCEEDINGS**

1)   Dfts' Motion to Quash Subpoena - HELD

2)   

Case continued to **1/22/08 at 2:00pm**   for Status

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

Time Excluded:  **Begins:**            **Ends:**

**ORDERED AFTER HEARING:**