UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 22, 2008

Case No.: CR 07-0074 WHA
           CR 07-0479 WHA

Title: UNITED STATES -v- MICHAEL EDISON (custody)
                        DEBRA EDISON (present)

Appearances:
    For the Government: Jeff Finigan

    For the Defendant(s): Richard Mazer (ME)
                          Eric Hairston (DE)

Interpreter: n/a                    Probation Officer: n/a

Deputy Clerk: Dawn Toland           Court Reporter: Kelly Bryce

**PROCEEDINGS**

1) Status - HELD

2) 

Case continued to **2/20/08 at 2:00 pm** for Status/Trial Setting

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Defendant Michael Edison is going to file an appeal of the Courts order regarding the Grand Jury and does not want to set a trial date yet.

There are 66 speedy trial days remaining. Time is excluded from today until 2/20/08.