1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,            )   Criminal No. CR 07-0479 WHA
15                                      )
          Plaintiff,                    )
16                                      )
                                        )   **STIPULATION AND [PROPOSED]**
17        v.                            )   **ORDER EXCLUDING TIME**
                                        )
18                                      )
   DEBRA EDISON,                        )
19                                      )
          Defendant.                    )
20 _____     )

21

22      The above-captioned matter came before the Court on January 22, 2008.  The defendant

23 was represented by Eric Hairston, Esq., and the government was represented by Jeffrey Finigan,

24 Assistant United States Attorney.  The matter was set before this Court for further status on

25 February 20, 2008.

26      The Court made a finding that the time from and including January 22, 2008, through and

27 including February 20, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C.

28 § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA

interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the fact that, among others, the matter is related to the U.S. v. Michael Edison case and exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until February 20, 2008, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: January 29, 2008

/s/
ERIC M. HAIRSTON
Counsel for Debra Edison

DATED: January 29, 2008

/s/
JEFFREY R. FINIGAN
Assistant United States Attorney

So ordered.

DATED: January 30, 2008.

IT IS SO ORDERED
Judge William Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 07-0479 WHA                                    2