**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

  v.

DEBRA EDISON,

    Defendant.

No. CR 07-0479 WHA

**SCHEDULING ORDER**

    All motions to suppress and all motions other than normal motions *in limine* must be filed by March 18 with opposition on April 1 and reply on April 3, with a hearing at **2:00 P.M. ON APRIL 8,** all in 2008.

    The final pretrial conference will be at **2:00 P.M. ON MAY 27, 2008**, and the trial is set for **JUNE 9, 2008, AT 7:30 A.M.**

    **IT IS SO ORDERED.**

Dated: February 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE