UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 20, 2008

Case No.:  CR 07-0479 WHA
           CR 07-0074 WHA

Title:  UNITED STATES -v- DEBRA EDISON (present) - D. Eric Hairston; Shawn Halbert
                         MICHAEL EDISON (custody) - D. Richard Mazer

Appearance for the Government: Jeff Finigan

Deputy Clerk: Dawn Toland         Court Reporter: Catherine Edwards

**PROCEEDINGS**

1)   Status/Trial Setting - HELD

2)   

Case continued to **4/8/08 at 2:00 pm** for Motions (Debra Edison only)

Case continued to **5/27/08 at 4:00 pm** for Pretrial Conference (Debra Edison only)

Case continued to **6/9/08 at 7:30 am** for Jury Trial (Debra Edison only)

Case continued to **6/3/08 at 2:00 pm** for Status (Michael Edison only)

**ORDERED AFTER HEARING:**

Defendant Debra Edison set a trial and motion schedule. Defendant shall file motions by 3/18/08; Government opposition due by 4/1/08; defendant's reply, if any, due by 4/3/08.

As to defendant Debra Edison time is excluded from today until 3/18/08, for effective preparation of counsel. FPD Shawn Halbert will be substituted by FPD Geoff Hansen.

Defendant Michael Edison shall return on 6/3/08 for further status/trial setting. Time is excluded from today until 6/3/08.