1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,         )    Criminal No. CR 07-0479 WHA
15                                   )
         Plaintiff,                  )
16                                   )
                                     )    **NOTICE OF DISMISSAL**
17     v.                            )
                                     )
18                                   )
   DEBRA EDISON,                     )
19                                   )
         Defendant.                  )
20 _____  )

21

22     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

23 United States Attorney for the Northern District of California dismisses the above Information

24 ///

25 ///

26 ///

27 ///

28 ///


NOTICE OF DISMISSAL
CR 07-0479 WHA

without prejudice. The defendant has been joined as a co-defendant with Michael Edison in the Superseding Indictment in <u>United States v. Michael Edison and Debra Edison</u>, CR 07-0074 WHA.

DATED: March 10, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JEFFREY R. FINIGAN
Assistant United States Attorney

Leave of Court is granted to the government to dismiss the Information as to Debra Edison without prejudice.

Date: March 11, 2008

IT IS SO ORDERED
[Signature]
Judge William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL
CR 07-0479 WHA                2