JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07-0479 WHA |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| DEBRA EDISON, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information

///

///

///

///

///

NOTICE OF DISMISSAL
CR 07-0479 WHA

without prejudice.  The defendant has been joined as a co-defendant with Michael Edison in the Superseding Indictment in <u>United States v. Michael Edison and Debra Edison</u>, CR 07-0074 WHA.

DATED: March 10, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JEFFREY R. FINIGAN
Assistant United States Attorney

Leave of Court is granted to the government to dismiss the Information as to Debra Edison without prejudice.

Date: March 11, 2008

IT IS SO ORDERED

Judge William Alsup